■ BOARD OF MANAGERS OF WOODCREEK CONDOMINIUM, on Behalf of TWO OR MORE CONDOMINIUM UNIT OWNERS, Respondent, v SAMUEL A. SANTANDREA et al., Appellants. BOARD OF MANAGERS OF WOODCREEK CONDOMINIUM, on Behalf of TWO OR MORE CONDOMINIUM UNIT OWNERS, Respondent, v WOODCREEK DEVELOPMENT COMPANY, Now Known as WOODCREEK APARTMENT COMPANY, et al., Appellants, et al., Defendant. [668 NYS2d 973] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme

Court (Fisher, J.). We add only that, by signing the Certification to the Offering Plan in his individual capacity, defendant William H. Wackerman "knowingly and intentionally advanced the alleged misrepresentations of the offering plan, and thus, can be held personally liable" (*Zanani v Savad*, 228 AD2d 584, 585; *see, State of New York v Sonifer Realty Corp.*, 212 AD2d 366, 367; *Residential Bd. of Mgrs. v Union Sq.-14th St. Assocs.*, 190 AD2d 636, 637-638). (Appeals from Order of Supreme Court, Monroe County, Fisher, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.